*Harding* and *D. A. Murphy* for petitioner. *Messrs. Walter A. Raymond* and *Fenton Hume* for respondent.

No. 726. TENNESSEE PUBLISHING CO. *v.* CARPENTER, RECEIVER. April 3, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Jordon Stokes, Jr.* for petitioner. *Mr. Cecil Sims* for respondent.

No. 730. PRATT *v.* SHELL PETROLEUM CORP. April 3, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Mark H. Adams* for petitioner. *Messrs. Guy A. Thompson* and *Samuel A. Mitchell* for respondent.

No. 694. GABRIELLI *v.* KNICKERBOCKER ET AL. See *ante,* p. 621.

No. 516. GOINS *v.* UNITED STATES. See *ante,* p. 622.

No. 814. KORTE *v.* MORTFORT, TRUSTEE. April 17, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. U. S. Lesh* for petitioner. No appearance for respondent.

No. 741. MITCHELL *v.* GREENOUGH ET AL. April 17, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied.